B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RUBIELA BEHRENS,<br><br>            Plaintiff,<br><br>       v.<br><br>LUIS CAMARGO, CAMARGO TRUCKING, NATIONAL RAILROAD PASSENGER CORP (AMTRAK), BNSF RAILWAY, and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No. 2:12-CV-02493 JAM-JFM<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE EASTER DISTRICT OF CALIFORNIA FRESNO DIVISION** |

The Court, having read and considered the parties' stipulation to transfer venue to the Fresno Division of the Eastern District of California, hereby orders that the stipulation is GRANTED pursuant to 28 U.S.C. §1404.  The Court finds that the Fresno Division is a proper venue because the accident occurred in Kern County and five cases involving the same accident are currently filed in the Fresno Division of the Eastern District.  As such, the above-entitled action shall be transferred to the Fresno Division of the Eastern District of California.

///

///

13249-42220 KAA 617477.1                                     - 1 -                       Case No. 2:12-CV-02493 JAM-JFM

ORDER GRANTING STIPULATION TO TRANSFER VENUE

1  IT IS SO ORDERED.

2

3  Date:   11/27/2012                    /s/ John A. Mendez
                                         HONORABLE JOHN A. MENDEZ
4                                        UNITED STATES DISTRICT COURT JUDGE

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-42220 KAA 617477.1                        - 2 -           Case No. 2:12-CV-02493 JAM-JFM
ORDER GRANTING STIPULATION TO TRANSFER VENUE